IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. FOWLER, ) | |
| ) | |
| Plaintiff, ) | No. C 11-1092 CRB (PR) |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| SGT. HASKILL, et al., ) | (Docket # 2) |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

This civil action by a prisoner was filed on March 8, 2011. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (docket # 2) is DENIED and the action is DISMISSED without prejudice.

The clerk shall enter judgment and close the file.

SO ORDERED.

DATED:  April 19, 2011                    _____
                                          CHARLES R. BREYER
                                          United States District Judge

G:\PRO-SE\CRB\CR.11\Fowler, A1.dsifp.wpd